4:22cr194-1

United States Courts
Southern District of Texas
FILED

September 17, 2025

Nathan Ochsner, Clerk of Court

Honorable Judge Keith Ellison,

How You Doing Sir. I Know You Don't Know Me But I Want To File For Ineffective Counsel Against George Murphy Jr. I've Complained About Being In Jail 3 Years, And Never Seen My Discovery, He Doesn't Communicate I Can Count On My One Hand How Many Times He Visited My Whole Incarceration. I Cooperated As Soon As I Was In Custody, And Was Told I Was Helping Myself & My Family And It Doesn't Seem That Way. I've Stressed That The Person Who Started Us With Robbing Brinks Trucks Cooperated Just As Well As Me And He Is At Home And My Lawyer Is Ignoring The Facts That My Lawyer Comes To Joe Corley And Dont Even Check My Well Being. I Understand The Situation Your Honor, I Was In A Rough Spot When I Decided To Join David Taylors Team. My Son Had Just Died In 2019 I Went Into A Depression And Just Went To My Lowest. Its Not A Excuse Its Not A Reason But I Never Meant For No One To Lose Their life. I Told Them Not To Get Out The Truck. I Cant Change The Past. I Just Wont To Have A Second Chance At life, And Have A Better Future With My Wife & Kids. I've Been At Joe Corley 23 And 1, Sometimes Longer Than That Since 2022. My Wife Helped The Government When The Jail Accidentaly Released One of my

Co-Defendants And Said it Will Help Towards me But They offered me The Same Time As People On my Case Who Didnt Help As Me & My Wife Did. My Lawyer Wont Speak For Me, He Didnt Start Communicating Until The offer Of 25 years Ive Been Telling Him I Was Going To Remove Him As Counsel And He Always Tell Me Its The Prosecutor And Not Him. Its only so Much I can Do In my Position But For my family Sake I Have To Know Some one Is Helping me Genuielly. I Hope This letter Make it To you In Good Spirits & Health, I Never Meant For No One To Lose Their Life I Shouldve Never Been In The Position To Be There. I Dont Know Much About The System But I Just need Someone To Better Represent me.

God Bless,

Quaylon Brown

Quzylun Brown Sr #080045006
JOE CORLEY PROCESSING CENTER.
500 HilBiG RD
Conroe, TX 77301

HOUSTON TX
13 SEP 2025   PM 2  L     17 75

This is Legal Mail
Has not been inspected

Honorable Judge Keith Ellison
515 Rusk Street
Houston, TX 77002

THIS MAIL IS CORRESPONDENCE
FROM A DETAINEE AT THE
JOE CORLEY PROCESSING CENTER     77002-280441